UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CR. 08-50089-AWB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING MOTION TO DISMISS** |
| JOSHUA PATTON, | ) | |
| Defendant. | ) | |

The Government has filed a motion to dismiss the indictment based on the interests of justice. Docket 21. Therefore, good cause appearing, it is hereby

ORDERED that, pursuant to Federal Rule of Criminal Procedure 48(a), the indictment in the above-captioned manner is DISMISSED WITHOUT PREJUDICE.

Dated: February 3, 2009.

BY THE COURT:

/s/ *Andrew W. Bogue*
ANDREW W. BOGUE
SENIOR DISTRICT JUDGE